**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   TNP Spring Gate Plaza, LLC, a Delaware limited liability company

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   TNP Spring Gate Plaza, DST

3. **Debtor's federal Employer Identification Number (EIN)**

   46-6898531

4. **Debtor's address**

   **Principal place of business**

   8875 Research Dr.
   Number   Street

   Irvine    CA    92618
   City     State   ZIP Code

   Orange
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   P.O. Box 11768
   P.O. Box

   Santa Ana    CA    92711
   City        State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   1650   Spring Gate Lane
   Number   Street

   Las Vegas    NV    89134
   City        State   ZIP Code

5. **Debtor's website (URL)**

   None

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  TNP Spring Gate Plaza, LLC, a Delaware limited liability company         Case number (*if known*)_____
         Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  TNP Spring Gate Plaza, LLC, a Delaware limited liability company     Case number (*if known*)_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No
   ☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

   If more than 2 cases, attach a separate list.

           District _____  When _____  Case number _____
                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.  Debtor   Thompson National Properties, LLC     Relationship  Sole member of Signatory Trustee
            District  Central District of California        When  09 /26 /2019
                                                                  MM / DD / YYYY
            Case number, if known  8:19-BK-13728-SC

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number     Street

    _____

    _____    _____    _____
    City                            State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

| Statistical and administrative information |

Debtor   TNP Spring Gate Plaza, LLC, a Delaware limited liability company    Case number (*if known*) _____
         _____
         Name

| 13. | **Debtor's estimation of available funds** | Check one: ☐ Funds will be available for distribution to unsecured creditors. ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than 100,000 |
| 15. | **Estimated assets** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☐ $1,000,001-$10 million ☑ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☑ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on   07  08  2020
                  MM / DD / YYYY

    

    X _____     Anthony W. Thompson
    Signature of authorized representative of debtor    Printed name

    Title   *Officer of Managing Member of TNP Spring Gate Plaza, LLC*

Debtor  TNP Spring Gate Plaza, LLC, a Delaware limited liability company     Case number (*if known*)_____
       Name

18. **Signature of attorney**   ✗ /s/ Leonard M. Shulman      Date  _____
   Signature of attorney for debtor                                MM / DD / YYYY

   Leonard M. Shulman
   Printed name
   Shulman Bastian Friedman & Bui LLP
   Firm name
   100        Spectrum Center Drive, Suite 600
   Number     Street
   Irvine                                    CA        92618
   City                                      State     ZIP Code

   949-340-3400                              lshulman@shulmanbastian.com
   Contact phone                             Email address

   126349                                    CA
   Bar number                                State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - State Bar No. 126349<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Tele: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>TNP Spring Gate Plaza, LLC, a Delaware limited liability company,<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>[*If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.*] |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  n/a_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .
   a. Total assets    $_____
   b. Total debts (including debts listed in 2.c., below)   $_____
   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

*December 2015*                                                                                              **Official Form 201A**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Thompson National Properites, LLC - Filed 9/26/2019 - Case No. 8:19-bk-13728-SC - USBC - Central District of California - Pending.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California

Date: July 9, 2020

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**TNP SPRING GATE PLAZA, LLC**
a Delaware limited liability company

**RESOLUTION**

This is to certify that at a meeting of members of **TNP SPRING GATE PLAZA, LLC, a Delaware limited liability company,** held on **July 8, 2020**, the following resolution was duly adopted:

"**WHEREAS**, this limited liability company is unable to pay its debts as said debts mature;

"**NOW, THEREFORE, BE IT RESOLVED**, that the members of this limited liability company be, and they hereby are authorized and directed on behalf of this limited liability company to prepare, file and execute the company's Petition for Bankruptcy provided in **Chapter 11** of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, Santa Ana Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the company necessary or appropriate to obtaining such relief; and the members are further authorized to retain as counsel for the company in said proceeding, the law firm of Shulman Bastian Friedman & Bui LLP."

**SAID RESOLUTION** is still in full force and effect.

Dated: July 8, 2020

**TNP SPRING GATE PLAZA, LLC**
**a Delaware limited liability company**

By: _____
Anthony W. Thompson,
*Officer of Managing Member of TNP Spring Gate Plaza, LLC*

**Fill in this information to identify the case:**

Debtor name: TNP Spring Gate Plaza, LLC

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | None | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

**Fill in this information to identify the case and this filing:**

Debtor Name __TNP Spring Gate Plaza, LLC_____

United States Bankruptcy Court for the: __Central_____ District of __CA____
                                                                    (State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/08/2020__        X _____
            MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                     __Anthony W. Thompson_____
                                     Printed name

                                     *Officer of Managing Member of TNP Spring Gate Plaza, LLC*
                                     Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - State Bar No. 126349<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email:  lshulman@shulmanbastian.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>TNP Spring Gate Plaza, LLC, a Delaware limited liability company,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 07/09/2020

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 07/09/2020

/s/ Leonard M. Shulman
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

American National Insurance Co
Robert Kirchner VP Real Estate Inv
2525 South Shore Blvd Ste 207
League City, TX 77573


American National Insurance Co
HFF LP Attn Paul Vanderlinden
PO Box 840637
Dallas, TX 75284-0637


Ivan Halaj Trust
Attn Steve Halaj
6341 Via Colinita
Rancho Palos Verdes, CA 90275


Farmer Family Trust
1346 Shelley Ave
Upland, CA 91786


Holda M Novelo
4124 Waterhouse Road
Oakland, CA 94602


J Roger Gorski RLT dtd
July 28, 2005
418 East Balboa Blvd
Newport Beach, CA 92661


Margo Klipp and Charles Klipp
11811 Green Valley Rd
Sebastopol, CA 95472

Nickolas W Vogel
604 Summer View Circle
Encinitas, CA 92024


Ollye G Ingram
5827 S Kings Road
Los Angeles, CA 90056


Raymond Jallow
5700 Spring Oak Dr
Los Angeles, CA 90068


RLT Agreement of Joachim D
Reich, as Amended
1275 Gavin Ct
Lake Forest, IL 60045


Steven B Friedman RLT dtd 9-13-94
609 – 30th Street
Hermosa Beach, CA 90254


TNP Spring Gate Plaza DST
Attn Authorized Agent
3151 Airway Ave Ste G-3
Costa Mesa, CA 92626


W and B Vogel Living Trust
44525 Foxton Ave
Lancaster, CA 93535


Walter Borntrager Inc
PO Box 84
Cottage Grove, OR 97424

Franchise Tax Board
Po Box 942857
Sacramento, CA 94257


Internal Revenue Service
Po Box 1219
Charlotte, NC 28201-1219


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346